| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court : _____ Southern District of <u>New York</u> |
| (State) |
| Case number (*if known*): <u>16-_____</u>   Chapter 15 |

☐ Check if this is an amended filing

Official Form 401
## Chapter 15 Petition for Recognition of a Foreign Proceeding     12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

| | | |
|---|---|---|
| **1.** | **Debtor's name** | <u>Pacific Exploration & Production Corporation</u> |
| **2.** | **Debtor's unique identifier** | **For non-individual debtors:** |
| | | ☐ Federal Employer Identification Number (EIN) __ __ - __ __ __ __ __ __ __ |
| | | ☒ Other <u>100082064</u>. Describe identifier <u>Canadian Taxpayer Identification Number</u>. |
| | | **For individual debtors:** |
| | | ☐ Social Security number: xxx – xx– __ __ __ __ |
| | | ☐ Individual Taxpayer Identification number (ITIN): **9** xx – xx – __ __ __ __ |
| | | ☐ Other _____. Describe identifier _____. |
| **3.** | **Name of foreign representative(s)** | <u>PricewaterhouseCoopers Inc.</u> |
| **4.** | **Foreign proceeding in which appointment of the foreign representative(s) occurred** | <u>Proceeding under Canada's *Companies' Creditors Arrangement Act*, R.S.C.1985, c. C-36, pending before the Ontario Superior Court of Justice</u> |
| **5.** | **Nature of the foreign proceeding** | Check one: |
| | | ☒ Foreign main proceeding |
| | | ☐ Foreign nonmain proceeding |
| | | ☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding |
| **6.** | **Evidence of the foreign proceeding** | ☒ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached. **(CCAA Initial Order is attached as <u>Exhibit A</u> to the Declaration of Mica J. Arlette In Support of Verified Petition for Entry of an Order Recognizing Foreign Main Proceedings and Granting Additional Relief ("<u>Arlette Declaration</u>")).** |
| | | ☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached. |
| | | ☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached. |
| | | _____ |
| | | _____ |
| **7.** | **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?** | ☒ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)  **(Please refer to Section 1515(c) Statement in Arlette Declaration).** |
| | | ☐ Yes |

Official Form 401     Chapter 15 Petition for Recognition of a Foreign Proceeding     page 1

Debtor  Pacific Exploration & Production Corporation          Case number (*if known*) 16-_____

| 8. | Others entitled to notice | Attach a list containing the names and addresses of: |
|---|---|---|
|   |   | (i) all persons or bodies authorized to administer foreign proceedings of the debtor, |
|   |   | (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and |
|   |   | (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code. |
|   |   | **(Please refer to Arlette Declaration).** |

**9. Addresses**

**Country where the debtor has the center of its main interests:**
Canada

**Debtor's registered office:**
_____  333 Bay Street, Suite 1100
Number  Street

_____
P.O. Box

Toronto   Ontario              M5H 2R2
City      State/Province/Region  ZIP/Postal Code

Canada
Country

**Individual debtor's habitual residence:**

_____  _____
Number  Street

_____
P.O. Box

_____ _____ _____
City   State/Province/Region   ZIP/Postal Code

_____
Country

**Address of foreign representatives(s):**
18        York Street, Suite 2600
Number    Street

_____
P.O. Box

Toronto   Ontario              M5J 0B2
City      State/Province/Region  ZIP/Postal Code

Canada
Country

**10. Debtor's website** (URL)    http://www.pacific.energy/en

**11. Type of debtor**

Check one:

☒ Non-individual (*check one*):

  ☒ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1. **(Please refer to Arlette Declaration).**

  ☐ Partnership

  ☐ Other. Specify: _____

☐ Individual

**12. Why is venue proper *in this district*?**

Check one:

☒ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district: _____.

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because: _____.

Debtor __Pacific Exploration & Production Corporation__    Case number (*if known*) 16-_____

| 13. | **Signature of foreign representative(s)** | I request relief in accordance with chapter 15 of title 11, United States Code. |
|---|---|---|

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✘ _/s/ Mica J. Arlette_____    Mica J. Arlette_____
Signature of foreign representative    Printed name

Executed on    _04_ / _29_ / _2016_
MM / DD / YYYY

✘ _____
Signature of foreign representative    Printed name

Executed on    ___ / ___ / ____
MM / DD / YYYY

| 14. | **Signature of attorney** | ✘ _/s/ Joseph G. Minias_____    Date _04_ / _29_ / _2016_ |
|---|---|---|

Signature of Attorney for foreign representative    MM / DD / YYYY

Joseph G. Minias_____
Printed name

Willkie Farr & Gallagher LLP_____
Firm name

787_____    7th Avenue_____
Number    Street

New York_____    NY_____    10019_____
City    State    ZIP Code

(212) 728-8000_____    jminias@willkie.com_____
Contact phone    Email address

4107637_____    NY_____
Bar number    State